```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Tel:  (415) 436-7314
   Fax: (415) 436-6748
   E-mail: ellen.fitzgerald@usdoj.gov
```

Attorneys for Defendant U.S. Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA EUNICE REYES-VANEGAS,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>                    Defendant. | Case No. C 07-2184 (EDL)<br><br>STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR FILING OF MOTION TO DISMISS AND ~~PROPOSED~~ ORDER |

Subject to this Court's approval, plaintiff pro se, Maria Reyes-Vanegas, and defendant, the U.S. Equal Employment Opportunity Commission ("defendant"), hereby stipulate and agree to continue the date for the submission of defendant's motion to dismiss for lack of subject matter jurisdiction for one week, from May 6, 2008 to May 13, 2008, and to continue the scheduled date for the hearing on defendant's motion and the next case management conference for one week, from June 10, 2008 to June 17, 2008.

This is an action for alleged disability discrimination in violation of the Rehabilitation

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS
No. C 07-2184 (EDL)

1  Act of 1973, 29 U.S.C. § 701 et seq., and alleged retaliation in violation of Title VII of the Civil
2  Rights Act of 1964, 42 U.S.C. § 2000e.  At the initial case management conference, defendant
3  indicated that it intended to serve a motion to dismiss plaintiff's complaint for lack of subject
4  matter jurisdiction based on plaintiff's failure to timely file her federal discrimination complaint.
5  The Court allowed defendant a limited time to conduct discovery on the jurisdictional issue and
6  set a deadline of May 6, 2008 as the last day for defendant to file its motion.  A hearing on the
7  motion as well as another case management conference were scheduled for June 10, 2008.

        The requested extension is necessary because of the exigencies of defense counsel's caseload.  Counsel was out of the office on official travel from April 4 through April 11, 2008 and also on April 16 and 17, 2008.  Counsel will again be traveling to Washington, D.C. and South Carolina on previously-scheduled official business from April 21 through April 30, 2008.

        On Thursday, April 17, 2008, counsel for defendant contacted plaintiff by phone. Plaintiff consented and agreed to the extensions of the deadline for the filing of defendant's motion and the date for the hearing on the motion and the next case management conference.

        There have been no previous requests for an extension of these deadlines.

        Accordingly, the parties respectfully request that the Court grant the parties' stipulation and joint motion for a brief extension of both the deadline for the filing of defendant's motion to dismiss for lack of subject matter jurisdiction and the date for the hearing on defendant's motion and the next case management conference.

        IT IS SO STIPULATED:

Dated: April 17, 2008

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                By:        /s/
                      ELLEN M. FITZGERALD
                      Assistant United States Attorney

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS
No. C 07-2184 (EDL)                                     2

1  Dated: April 17, 2008

3                                          _____/s/_____
4                                          MARIA REYES-VANEGAS
                                           Plaintiff Pro Se

6       APPROVED AND SO ORDERED:

7       The last day for defendant to file its motion to dismiss based on lack of subject matter
8  jurisdiction is May 13, 2008 and the new date for the hearing on defendant's motion and the next
9  case management conference is June 17, 2008.

11  DATED: April 21, 2008

12                                         HON. ELIZABETH D. LAPORTE
                                           United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Elizabeth D. Laporte]

28  STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS
    No. C 07-2184 (EDL)                          3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

> STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR FILING OF MOTION TO DISMISS AND PROPOSED ORDER

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

**_X_**   FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____   CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____   PERSONAL SERVICE (BY MESSENGER)

_____   FEDERAL EXPRESS via Priority Overnight

_____   E-MAIL

_____   FACSIMILE (FAX)

on the following party:

> Maria Eunice Reyes-Venegas
> Plaintiff Pro Se
> 235 Cotter Street
> San Francisco, CA  94112

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this April 18, 2008 at San Francisco, California.

_____
STEPHANIA CHIN
Legal Assistant